JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARON GUTIERREZ,<br><br>        Petitioner,<br><br>  v.<br><br>NEIL MCDOWELL, Warden,<br><br>        Respondent. | Case No. CV 20-3233 JGB (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  September 18, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE